# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY STOKES

NO. 2019 KW 1273

**DEC 2 3 2019**

---

In Re:    Anthony Stokes, applying for supervisory writs, 20th
          Judicial District Court, Parish of West Feliciana, No.
          17-WCR-509.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

 **WRIT DENIED.** Failure to prepare and deliver proper documentation to the Department of Public Safety and Corrections in accordance with La. Code Crim. P. art. 892 does not affect the validity of relator's conviction and sentence, as his conviction and sentence constitute the legal authority for the Department's custody. See La. Code Crim. P. art. 892(D); **Lewis v. Secretary, Louisiana State Department of Public Safety & Corrections**, 2012-1890 (La. App. 1st Cir. 6/7/13), 2013 WL 2488464, at *1, writ denied, 2013-2350 (La. 5/14/14), 139 So.3d 1017.

                         TMH
                         AHP
                         WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
          FOR THE COURT